UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK WILLECKE and
TARA JONES WILLECKE,

                Plaintiffs,

                                          Case No. 06-CV-11695

v.                                  HON.   JULIAN ABELE COOK, JR.

JOHN R. TOTH and JODY L. TOTH,

                Defendants.

_____/

<u>JUDGMENT</u>

On today's date, the Court issued an Order granting in part and denying in part Plaintiffs

Motion for Summary Judgment.

For the reasons stated in the Order issued on today's date, a judgment is entered in favor

of the Plaintiffs Frederick Willecke and Tara Jones Willecke in the sum of $304,393.99, plus

costs, fees and the imposition of statutory interest as authorized by law against the Defendants

John R. Toth and Jody L. Toth.

                                        DAVID J. WEAVER
                                        Clerk of the Court
                                        United States District Court

Dated: March 31, 2009                   By:  s/ Kay Doaks
                                            Deputy Clerk

<u>Certificate of Service</u>

  I hereby certify that on March 31, 2009,  I electronically filed the foregoing with the Clerk of the Court using the ECF system, and I further certify that I mailed a copy to the non-ECF participant(s) John R. Toth and Jody L. Toth.

s/ Kay Doaks   
Courtroom Deputy Clerk
